JEANNE L. ZIMMER
California Bar No. 123321 (Pro Hac Vice)
CARLSON & MESSER LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
zimmerj@cmtlaw.com

Attorneys for Defendant,
CREDIT BUREAU CENTRAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| LUIS A. MOTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU CENTRAL, INC. dba COLLECTION BUREAU CENTER; JERRI JOHNSON; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 2:12-cv-01819-RCJ-GWF<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

/ / /

/ / /

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Dated this 20th day of December, 2012.

                        CARLSON & MESSER LLP

                    By   /s/ Jeanne L. Zimmer
                          Jeanne L. Zimmer
                          California Bar No. 123321 (Pro Hac Vice)
                          5959 West Century Boulevard, Suite 1214
                          Los Angeles, CA 90045
                          Attorneys for Defendant
                          CREDIT BUREAU CENTRAL, INC.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Carlson & Messer LLP and that on this 21st day of December, 2012, I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served via mail and via email upon the following person(s):

Luis Mota
4475 Jimmy Durante Blvd
Unit 330
Las Vegas, NV 89122
702-583-1177
**Via U.S. Mail**

Jerry S. Busby
Nevada Bar No. 001107
Gregory A. Kraemer
Nevada Bar No. 010911
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue-Suite A
Las Vegas, Nevada 89107
Attorneys for Defendant
CREDIT BUREAU CENTRAL, INC.
EMAIL: jbusby@cooperlevenson.com
        gkraemer@cooperlevenson.com

Dated: December 21, 2012

*Linda Brooks*
Linda Brooks
Carlson & Messer LLP